UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY 23-1081

UNITED STATES OF AMERICA ] Magistrate Case No. E1788285 (Class A)

v.

YURY KAZLOU

COMPLAINT
Offense on a Federal Reservation

BEFORE the **Honorable Rukhsanah L. Singh**, a United States Magistrate for the Judicial District of New Jersey, specially designated to try and sentence persons committing misdemeanor offenses against the laws of the United States on a Federal reservation, personally appeared this day **Luke D. Wilson,** Special Assistant U.S. Attorney for the District of New Jersey, who, under oath charges that:

On or about the **20th day of March 2023**, at Joint Base McGuire-Dix-Lakehurst, New Jersey, in the Judicial District of New Jersey,

**YURY KAZLOU** did commit:

Possession of a Weapon on Federal Property in violation of 18 USC 930.

The name of the Complainant is Luke D. Wilson.

LUKE D. WILSON, DAF, Civ
Special Assistant United States Attorney

SWORN TO BEFORE ME, AND SUBSCRIBED VIA ZOOM PURSUANT TO RULE 4.1, FEDERAL RULES OF CRIMINAL PROCEDURE ON AUGUST 3, 2023.

Sharon A. King
HONORABLE SHARON A. KING
United States Magistrate Judge

8/3/23 NK 9/12/23

STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 20 Mar, 20 23 while exercising my duties as a law enforcement officer in the Federal District of NJ

Defendant was found to be in possession of a firearm while attempting to access the installation. Defendant was charged with 18 USC 930, with a Court date of 18 May 23

The foregoing statement is based upon:
✓ my personal observation ✓ my personal investigation
information supplied to me from my fellow officer's observation
other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 03/20/2023 [signature]
Date (mm/dd/yyyy) Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on:
Date (mm/dd/yyyy) U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN 04/03/2023 15:55